TAYLOR, Respondent, v. ALLEN, Appellant. (Supreme Court, General Term, Third Department. December 4, 1894.) Action by William C. Taylor against Frances P. Allen. No opinion. Order affirmed, with $10 costs and printing and other disbursements.

THOMPSON, Respondent, v. BUFFALO RY. CO., Appellant. (Superior Court of Buffalo, General Term. July, 1894.) Action by Margaret E. Thompson, as administratrix, against the Buffalo Railway Company. No opinion. Exceptions overruled, and judgment ordered for the plaintiff on the verdict of the jury, with costs.

THON, Respondent, v. ROCHESTER RY. CO., Appellant. (Supreme Court, General Term, Fifth Department. December 27, 1894.) Action by Charlotte Thon against the Rochester Railway Company. No opinion. Motion for reargument denied. See 30 N. Y. Supp. 620.

THORNTON, Respondent, v. WINPENNY, Appellant. (City Court of New York, General Term. December 17, 1894.) Action by Edward D. Thornton against L. Balton Winpenny. Perkins & Butler, for appellant. Brigham & Bayliss, for respondent.

PER CURIAM. The amended exception to the decision of the referee brings up but one question for review. The referee decided that the plaintiff, at the special instance and request of defendant, between the 1st day of May and the 15th of June, 1893, rendered services to the defendant in selling goods, wares, and merchandise for him. To this decision defendant excepted, as against the weight of evidence. We think there was sufficient evidence in the case to warrant the conclusion of the referee, and the judgment should therefore be affirmed, with costs.

TINKER, Appellant, v. METROPOLITAN EL. RY. CO. et al., Respondents. (Supreme Court, General Term, First Department. December 14, 1894.) Action by Edith E. Tinker against the Metropolitan Elevated Railway Company and another. H. A. Forster, for appellant. G. T. Aldrich, for respondents. No opinion. Motion denied. See 30 N. Y. Supp. 1014.

TIOGA NAT. BANK, Respondent, v. DAVIS, Appellant. (Supreme Court, General Term, Fourth Department. September Term, 1894.) Action by the Tioga National Bank against Charles Davis, as receiver of the Elmira National Bank. No opinion. Judgment affirmed, with costs.

TITUS, Respondent, v. TOWN OF NEW SCOTLAND, Appellant. (Supreme Court, General Term, Third Department. December 4, 1894.) Action by John H. Titus, as administrator, etc., against the town of New Scotland, in the county of Albany. No opinion. Order affirmed, with $10 costs and printing and other disbursements.

TOLK, Respondent, v. LYNCH, Appellant. (Supreme Court, General Term, First Department. January 18, 1895.) Action by Morris Tolk against James Lynch. S. B. Stiles, for appellant. N. S. Levy, for respondent. No opinion. Judgment affirmed, with costs.

TRAVIS et al., Appellants, v. BOARD OF SUP'RS et al., Respondents. (Supreme Court, General Term, Fifth Department. December 27, 1894.) Action by Simpson D. Travis and others against the board of Supervisors of Allegany county and others. No opinion. Order appealed from affirmed, with $10 costs and disbursements.

TRUE, Respondent, v. SIBLEY, Appellant. (Superior Court of New York City, General Term. January 7, 1895.) Action by Clarence True against Richard C. Sibley. Vanderpoel, Cuming & Goodwin (Delos McCurdy, of counsel), for appellant. August Reymert, for respondent.

GILDERSLEEVE, J. The questions of fact raised by the pleadings and by the conflict of evidence in this action were properly submitted to the jury by the learned trial court in a charge to which no exception was taken. The jury, by their verdict, found in favor of the plaintiff in the sum of $800. With their conclusion the general term will not interfere, as, in our opinion, it is amply justified by the evidence before us. There are no questions of law presented on this appeal which require discussion. The judgment and order appealed from must be affirmed, with costs.

TUTHILL v. TUTHILL et al. (Supreme Court, General Term, Second Department. December 10, 1894.) Action by Leonard S. Tuthill against E. Davis Tuthill and others, as executors of B. H. Tuthill, deceased. No opinion. Judgment affirmed, with costs. All concur.

UNITED STATES TRUST CO. OF NEW YORK, Respondent, v. BLACK et al., Appellants. (Supreme Court, General Term, First Department. December 14, 1894.) Action by the United States Trust Company of New York, as trustee, etc., against James Drake Black and others and the American Seamen's Friend Society and others. For decision at special term, see 30 N. Y. Supp. 453. E. N. & T. M. Taft, Mornay Williams, Robert S. Minturn, A. R. Dyett, Herbert Barry, and Cephas Brainerd, Jr., for various charitable corporations, appellants. Stephen O. Lockwood, for infant appellants. Geo. H. Balkam, for respondent.

PER CURIAM. For the reasons given in Wetmore v. Hospital, 56 Hun, 313, 9 N. Y. Supp. 753, the judgment should be affirmed, with costs.

VAN TASSEL, Appellant, v. GREENWICH INS. CO. OF NEW YORK, Respondent. (Supreme Court, General Term, First Department. December 14, 1894.) Action by Emory M. Van Tassel against the Greenwich Insurance Company of New York. No opinion. Judgment affirmed on opinion on previous appeal. See 25 N. Y. Supp. 301.

VOGEL, Respondent, v. MILLER, Appellant. (Supreme Court, General Term, Fifth Department. December 27, 1894.) Action by Carrie Vogel against Libbie Miller, as executrix, etc. No opinion. Judgment and order appealed from affirmed.

WALDBAUM v. JAMES CUNNINGHAM SONS & CO. (Supreme Court, General Term, Fifth Department. December 27, 1894.) Action by Henry Waldbaum against James Cunningham Sons & Company, a corporation. Plaintiff's motion for a new trial denied, and judgment ordered for the defendant on the nonsuit.

WALLACE, Respondent, v. CENTRAL VERMONT R. CO., Appellant. (Supreme Court, General Term, Third Department. December 4, 1894.) Action by George S. Wallace against the Central Vermont Railroad Company. No opinion. Judgment affirmed, with costs.